U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 23 2019
AT_____O'CLOCK____
John M. Domurad, Clerk - Albany

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Stephanie Gilmore   Plaintiff(s)   )
)
vs.   )
Saratoga Center for   )
Care LLC Defendant(s)   )
)
)

Civil Case No.: 1:19-cv-888

**CIVIL COMPLAINT** (TJM/CFH)
**PURSUANT TO**
**TITLE VII OF THE**
**CIVIL RIGHTS ACT,**
**AS AMENDED**

Plaintiff(s) demand(s) a trial by: ☒ JURY   ☐ COURT   (Select **only** one).

**JURISDICTION**

1.   Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

**PARTIES**

2.   Plaintiff: Stephanie Gilmore

Address: 170 A. Vandenburgh Place
TROY New York 12180

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: Saratoga Center for care LLC.

Official Position: Saratoga Center for Rehab and Skilled nursing.

Address: 149 Ballston ave.
Ballston Spa New York
12020

b.    Defendant:        Danielle Zastauni/

      Official Position:    Administrator

      Address:        149 Ballston ave.

                    Ballston SPA

                    NEW York 12020.

4.    This action is brought pursuant to:

      [X] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C.
      § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination
      based on race, color, religion, sex or national origin.

      [ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as
      amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for
      employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

      (A)  [X]  My race or color.
      (B)  [ ]  My religion.
      (C)  [ ]  My sex (or sexual harassment).
      (D)  [ ]  My national origin.
      (E)  [ ]  My pregnancy.
      (F)  [ ]  Other: _____.

7.    The conduct complained of in this action involves:

      (A)  [ ]  Failure to employ.
      (B)  [X]  Termination of employment.
      (C)  [ ]  Failure to promote.
      (D)  [ ]  Unequal terms and conditions of employment.
      (E)  [ ]  Reduction in wages.
      (F)  [X]  Retaliation.
      (G)  [ ]  Other acts as specified below:

      _____

      _____

8.                              **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the
order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
defendant in your complaint.**  (You may use additional sheets as necessary).

_____ See attached complaint. _____

_____

_____

_____

_____

_____

_____

_____


9.                         **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**


                        **FIRST CAUSE OF ACTION**


_____ See attached complaint _____

_____

_____

_____

## SECOND CAUSE OF ACTION

See attached complaint

## THIRD CAUSE OF ACTION

See attached complaint.

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

5/20/19

(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

04·24·19

(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

See bottom of page 15 of complaint.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 07.23.19

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

SARATOGA CENTER

2

SARATOGA CENTER

3

May 8, 2019

Stephanie Gilmore Registered Nurse

170 A Vanderburgh Place

Troy New York 12180

Skeema.sr@gmail.com

(518)-590-8401

To whom it may concern,

I was employed at Saratoga Nursing and Rehabilitation center, location 149 Ballston Spa NY 12020, from June 2018-Apil 2019.  This is a 237 bed nursing facility, with over 100 employees.  I was hired as a registered nurse supervisor, by Ankur Purani, (Indian decent) director of nursing.  Working as a per diem employee, I always worked well over 80 hours sometimes over 130 hours in a two week period.  The rehabilitation unit was short of nurses, so Ankur Purani assigned me as the head evening and Night RN on B1. I often worked double shifts, and it was common practice for me to have to be responsible for two or three units, while having to supervise the entire building, always keeping Ankur up to date with operations in the building on off hours. On many documented occasions I was praised by Ankur for keeping the resident safe while severely understaffed.

SARATOGA CENTER                                                                                        4

**8/3/18 -** I was accused of making, a social media post, pertaining to the centers payroll practices.
Human resources director Kim Heroth (white) left me a voicemail accusing me of violating their
social media policies. After hearing the voicemail, I was confused, because I did not own a social
media account. I called Kim back and she immediately attempted to apologize stating, that she
sent the voice mail prior to actually investigating. Apparently the post was made by a white
nurse by the name of Stephanie, however we had different last names. I questioned Kim on why
she was so quick to assume that I was the one that made the post, and she stated the following
"to be honest, you was just in my office, this morning about nineteen hundred dollars missing on
your check, and you was so calm about it, I am not used to that reaction, I am used to people
becoming upset and irate about payroll mishaps". I explained to Kim that I did not own a social
media account and I was very offended by her assumption as I read between the lines of what she
really meant, that the people she was referring to was employees of color. Things were normal
for a while.

**Mid-October- Flu** season. The facility policy is to take each residents temperature prior to
administering the flu vaccination. NYS law requires taking the temperature immediately before
administration. The nurse manger (white) on B1 stated that I should take the temperatures 8-12
hours prior to administration, I explained to the nurse manger and evening supervisor Danita
Wiley, (white) the facility and state policies. They were not in agreement, so we agreed to
disagree. I worked overnight so at 6 am the next morning I took the residents temperatures, and
documented the times, I made the relief nurses aware of the times so that they can administer the
vaccine per protocol. Upon returning to work that evening at 330 pm, I checked into the nursing
office and Danita Wiley and the B1 nurse manger was in the office, The B1 nurse manger

thanked me for taking the temperatures and I walked out. Realizing I left my coffee in the office I double back, and while walking into the office I office heard Danita Wiley stating the following "That girl, she better had taken those temps". I immediately became upset and walked to Ankur Purani office and made him aware of the situation, He came back into the office and closed the door. I then made my point that I had name and was no one's "girl". Danita apologized and we moved on.


**October 26, 2018** – A Resident got out of the facility, and was missing for over two hours, while Danita Wiley was on duty. Based on the investigation, the back door on B1 alarm went off, around 930-945pm. Mary Ann (white) was the medication nurse for the resident and had given him meds minutes prior to his elopement. The alarm system works as follows, if there is a door breach, an entire census count of the resident in the building must take place, and the alarmed door outside perimeters must be thoroughly checked, to ascertain the missing resident. The only way to shut the alarm off is by key, which is located on the supervisor's key ring that's always in the supervisor's possession.  None of these protocols was followed, the alarm was shut off and the resident wasn't discovered missing until minutes to midnight.  By the time I came in clocking in at 3am 10/27/18, while being getting report from Danita about the incident, she made me aware that the resident's family had not been notified and the resident was not transported to the emergency room for evaluation, despite he is an elderly man, the temperature outside was below freezing, and he was barefoot with just a hospital gown on. I was uncomfortable with the situation so I decided to work as a medication nurse, instead of taking over as supervisor. Danita assured me that Ankur Purani, Kimberly Kyemba (black) (assistant director of nursing) and Administrator Danielle Zastawny (white). Around 830 am that morning Ankur Purani and Kim

SARATOGA CENTER                                                                     6

Kyemba came in to be debriefed. Danita had left even though she was told by Ankur to wait or

his arrival, so that there won't be a delay in the investigation.  We had a short meeting in

Ankur's office, which he recorded on his cell phone with our approval. The people in that

meeting was myself, Kim kyemba, Ankur and the certified nursing assistant on duty at the time

Natalie Roberts (black). All throughout the meeting I stressed my disapproval of the fact that the

family has yet to be notified, I asked everyone to put themselves in their shoes. They have given

us the responsibility of taking care of their most prize possession, their parent. The least we can

do is tell them the truth.   After the meeting, the relief supervisor by the name of Byron (white)

was given the duty to making the resident family aware of the situation. By then it was minutes

to ten and the resident son had come to visit him. Bryon's words to the son was as follows "Your

dad got passed our doors the alarms sounded and he was immediately redirected back inside."

After witnessing this interaction I made it up in my mind that I had a duty to report this situation

to the department of health. I made that report anomalously on 10/29/19. The department of

health conducted an investigation and later I was made aware that due to the magnitude of the

situation my name may have been released to the facility in the course of the investigation.  The

facility managed to convince the state that the cameras were defective and that they followed

protocol. I was never interviewed and Danita was even asked to alter her statement to the state,

(she told me that herself). A resident that lived next to the resident in question, was left in bed

purposely while the state conducted the investigation so that he would not be able to tell them

what he witnessed the night of the elopement. Danita was suspended for the situation and the

family eventually removed their loved one from the facility, and it was brushed under the rug.

After this incident the harassment and sabotage began. In their plan of correction Danielle

decided to oversee the nursing department. She switch nurse mangers around and made Steve

Millington (white) nurse manager of B1. He came along with his assistant, Allyssa Stealy (white) (licensed practical nurse), which happens to be Danielle's child babysitter. That being said, things changed for the worst. Myself and MDS coordinator, Alicia Olpaka (white). Would often have to fix medication orders that Alyssa would improperly put in the system. Alyssa never took issue with Alicia's correction but would always have issue with mine, which had to be corrected for patient safety. Alyssa often made baseless complaints about me to Ankur, stating that she just can't work with me. Alyssa continued to make baseless complaints and continued to attempt to sabotage me and my night staff which all happen to be black. Ankur made me aware that Alyssa was going over his head to Danielle to have me terminated, and to try to stay out of her way.

**December 22, 2018**:  An alert and orientated resident reported to me that she did not receive her 4pm narcotic that was due. I checked the medical recorded and noted that Danita Wiley was the medication nurse and she signed the narcotic sheet stating she took the medication but never signed the medical record on the computer to document administration. I reported what was told to me to the supervisor on duty Henry (white). He then reported the incident to Ankur Purani. We both were told to write statements and he would investigate in the morning. Danita was never held accountable for not following policy.

Saratoga center also had a major problem with certain nurses that diverted the narcotics. On many occasions, the drug enforcement agency had to conduct investigation in the building, pertaining to missing narcotics.

**Christmas Eve-** I worked 7 am – 9 pm that day, not working my usual nightshift I was a medication nurse while Alyssa was in her office, the day went on without incident, and I took

Ankur's advice. After returning from my lunch break at 6pm, I found a holiday candy and candle from Alyssa. I was confused because this is the same person that couldn't work with me. I reported her passive aggressive behavior to Ankur and we both were confused. Early January: I was told by the scheduler Christina Connors- Lewis (Black), that I was no longer allowed on B1. I didn't question her as I already knew I was a per diem employee and had no set unit. About two weeks later was again placed on B1. I contacted Ankur, to inquire about the back and forth and he made me aware that a resident had made a complaint on the night shift on Christmas eve and Alyssa decided that I was the recipient of that resident complaint in morning report and had me removed. However investigation proved that I was not even on duty the night in question. I returned to work on B1 without incident.

**Mid- January-** I worked the night shift and a new resident was confused and wanted to call his wife for reassurance. It was about one in the morning, however I granted the resident request as it was his right. After the resident spoke with his wife, he calmed down the remainder of the night. I wrote complete progress note documenting the incident. When I returned that evening for my evening shift at 3pm, Alicia Olpka was at the med cart, and immediately summoned her to her direction. Alicia asked me if there was an incident during the night with a resident having to call their family, I explained yes. Alicia stated that the resident's daughter questioned Alyssa Stealy about the incident and Alyssa replied to the daughter "there is no documentation, of anything pertaining to your dad, that night nurse is useless, she didn't even write a note". I immediately had Alicia Olpka pull up the medical record and not to my surprise my note was documented 1:21 am. Alicia Olpaka became very upset and summoned Alyssa to go correct what she told the family because Stephanie did document. Alyssa walked off to oblige and Alicia

Olpaka took me into Steve Millington office and she stated the following to Steve. "I am tired of Alyssa trying to sabotage Stephanie. Stephanie is a new but experience nurse, I am tired of listening to Alyssa in morning meeting ask Danielle when is she going to fire those people, whose those people? Alyssa just told a family member that Stephanie is good for nothing and did not document but the documentation is here, she just didn't bother looking." While tears streamed down my face, because for the first time someone other than me recognized the sabotage attempts and harassment, and it warmed my heart because it was a white person that recognized and was not afraid the address the injustice. Steve assured us both that he would handle the situation. However nothing was done.

**January 31, 2019-** It was reported to me by another nurse that a nurse by the name of Angel Cimmino (white), made a racist comment about another nurse of Haitian decent, her comments were to effect of Saratoga Center is so desperate that they are resulting to hiring Haitians. I reported what was reported to me to Ankur Purani. He asked for statements and said he would investigate. During the investigation Angel admitted to making the comment but stated she didn't mean anything by it.

**February 5, 2019-** Danielle Zastawny came to me pertaining to a resident complaint. The resident (white) stated that I said to him, that he was purposely falling and hurting himself for insurance purposes. I explained to her that immediately after the fall the resident ask me how soon his insurance company would be notified. I told her that I explained to the resident that his safety was more important. Danielle stated that another supervisor documented the same findings in the resident's medical record. I reassured that I would use better wording. A few days later the

same resident had falling and obtained a fracture. He rang the bell for assistance and myself and

certified nursing assistant Judy Ann Douglas (black) went into his room. While rendering

assistance I kept quite while he and Judy Ann engaged in conversation, as he obtained the

fracture while in her care a day prior.  The net morning the resident made a complaints stating

that I made a rude comments to him. I was in shock because I did not exchange words with him

during the encounter. Hearing of the situation Judy Ann came forward at said that she was the

one that made the comment to the resident. This incident documented the fact that the resident

had something against me, Danielle refused to acknowledge that. I continued to work on B1 and

supervision without incident.


 **2//11/19-** I unfortunately suffered the loss of my younger brother, I was out for work until
2/25/29.


**February 26, 2019-** I came into work at 5:17 pm, upon walking onto the B1 unit I noticed

something unusual. A female resident that's usually in her room was in the dining room, and she

did not look like her normal self. I asked the Day nurse Gabby (white), what was going on,

Gabby stated the following "she's been this way ever since this morning, Steve increased her

narcotic and she's ben lethargic since." I immediately took the resident vitals and summoned

Danita (nursing supervisor) and Alicia Olpaka. I told Danita that I didn't feel comfortable with

the patient prognosis and suggested we send her out immediately.  My request were denied. I

continued to monitor the resident, around 7 pm the certified nursing aides were getting the

resident prepared for bed. I went to another unit to retrieve supplies for the resident. On my way

back to the unit I heard a code blue announcement, I immediately grabbed the AED and made a

dash to the resident room, as my instinct new it was her. Myself, Alicia, and three other nurses coded the resident until EMS arrived. We got her back and she was transported to the hospital. Danita made Steve aware of the code, as its facility policy to report all incident to the nurse manger immediately. While going through the medical record to give EMS accurate information I noticed Steve Millington had logged into the system from home and discontinued the narcotic that was increased. The next morning while giving Ankur my verbal statement, I made him aware of my findings and that I was suspicious of Steve's actions, and it had to be reported as we are mandated reporters. He assured me he would get to the bottom of it. Later that day Kim Heroth sent an email to Danielle that was accidently sent to others, where she referred to me and the only other black supervisor as "acting supervisors".

**February 27, 2019-** I received a voicemail from Danielle, telling me not to return to work until she speaks to me at her convenience. I emailed her a week later and got no response. She stated that there were several resident complaints from the B1 unit. To date I have never heard from her. After learning that Ankur Purani was no longer employed at the center I decided to report the incident to the department of health.

**March 5, 2019** -spoke with Human resources director Kim Heroth, to inquire about my employment status. She was unaware that I was out of work and stated that she would send Danielle an email for some clarification. Kim Heroth no longer works for the facility.

SARATOGA CENTER

12

While awaiting a response, I got another job at another facility, the man that hired me is named William Stephen Redmond, but he goes by Bill. I focused on my new job still awaiting a response from a Saratoga center, as I still have administrative access to their system.

**March 29, 2019**- I contacted the current human resources director of Saratoga center Christina, she was the old scheduler. I made her aware of the situation and she text back that she would find out what's going on.

**April 3, 2019**- I received a text from Christina stating that I was all clear to return to work, I just had to sit down with the new director of nursing.  The meeting was set for April 8, 2019. 1pm

**April 8, 2019**- I arrived to the facility ten minutes to one.  Danielle seen me walk in and immediately went into the director of nursing office. I waiting 37 minutes before the director called me into his office.  To my surprise the director of nursing was Bill, the same man that hired me at my new job.  He questioned me on my thoughts on what the situation was. I told him I was unsure and I did not want to speculate. He looked in my employment file and noticed I only had a verbal warning infraction given to me by Kim Kyemba who is no longer employed at the center. I failed to count at the end of my shift, which was common practice at the center. He then left the office stating that he had to touch base with Danielle. When he returned, I made him aware that I aware that, he was new to this facility and may not be privy to the background history, that lead me to be sitting across from him. Bill then stated well since we are an, at- will state, we are terminating you. I asked for some clarification and Bill stated that Danielle told him that she got a complaint from the resident that was previously documented making false

accusations towards me. The complaint was that, I alleged placed the medication cup weighting less than 12 ounces loudly on the table and that I didn't smile. I requested paperwork from the investigation and I was told by Bill that Danielle was still working on it. I questioned the long time frame and I was not given a response. While I was leaving Bills office he stated the following "remember you're still at rosewood" referring to the other facility I was working at where he hired me. I kindly reminded Bill that if there was an attempt to sabotage me at my new place of employment, he would be met with civil action. I left Saratoga Center without incident.

**April 15, 2019**- I received a termination letter from Christina in Human resources dated April 8, 2019.

**May 3, 2019**- Alicia Olpaka recently contacted me, seeking guidance because she now has recently discovered, Danielle and Bill covering up resident abuse. My advice to her was to report it. To date Saratoga center is on an admissions freeze, due to many department of health deficiencies

Ultimately, I was racially discriminated against by Alyssa Stealy, because I am a black registered nurse that is assertive, and intelligent. She proved he has an issue with people of color based on her comments, made in morning meetings. She felt threatened for whatever reason and attempted to sabotage me. Danielle Zastawny accepted and condoned Alyssa behavior because of their friendship and outside ties. They colluded and egregiously harassed and attempted to sabotage me as nurse. Danielle used her position to retaliate against me as she's done too many others, for

doing what's mandated of me by the state of New York. She utilized Bill to do her dirty work. Danielle's actions are both violations of state and federal laws.

Saratoga center operates in a biased, and racial discriminatory manner. Black employees are targeted and terminated from infractions white employees get a slap on the wrist. Danielle may seem like she is not racist or biased because she keeps a few black certified nursing assistants around her that she can control, she also, supports and uncomfortable, and confrontational environment. Danielle's few have openly threatened Christina with bodily harm, while Christina was the scheduler. They suffered no repercussions because they are considered Danielle's friends. Another example of the unfairness is the incident when two certified nursing assistant was accused of sleeping while working, both employees was supposed to lose their pay incentives. Danielle made certain that her favorite certified nursing assistant, retained her incentive and followed through with the other employee's punishment.

A black nurse by the name of Adrian Minott was terminated on 11/27/18, because she got into a verbal interaction with another black employee. However, Sam Mauro (white) retained her employment after physical punching another white nurse in the facility staircase. Steve Millington contributed to the harassment and sabotage I suffered, by spreading the unverified rumors of resident and family complaints made against me. To date no complaints made against me, have ever been substantiated.

Finally I am American of African/Haitian descent, and all I want is to be the best nurse and patient advocate I can be. I became filled with joy when I receive letters and cards from residents and family members from Saratoga center praising and thanking me for all I have done

for them or their loves ones. I am excellent at what I do an I am aware in the land of America where blacks were only meant to be slaves and was murdered for wanting literacy, I take pride in being the best. This is not to take away from any ones accomplishments, but I refuse to dim my light to makes others comfortable with their lack of achievement or success. As a Black women, that on the outside may fits every negative stereotype there is about black women to some, I would not change a thing. I am proud of who I am and the skin I am in.

I will end my complaint by saying, I have saved many lives in my nursing career and not once did the patient I was saving care about what the color of my skin was. Their loved ones knew and were confident that despite stereotypes, their loved one was safe in my care. Thank god for those that can look beyond the difference of race or culture. For those who cannot and hold positions of leadership, need to be held accountable.

My civil right was violated, I did not receive fair treatment due to my race, New York state labor law 740 and 741 was violated, due to me being harassed and then terminated for participating in a protected activity, which was making department of health reports, and other state and federal laws were violated. I went through the chain of command and did thigs the professional and moral way and I was still punished, and harassed.

I am seeking a thorough investigation of Danielle Zastawny and Saratoga Center nursing and Rehabilitation

I am seeking a letter of apology for wrongful termination

I am seeking better policies to be put in place to truly protect mandated reporting obligations.

I am seeking lost wages from the period of 2/26/19-04/08/19I am seeking punitive damages for retaliation and unwarranted harassment and attempted sabotage.

SARATOGA CENTER

Please keep this page confidential.

Ankur Purani –  ███████████     phone # redacted

Christina Connors-Lewis – 518-885-2288 ext.1003

Danielle Zastawny – 518 885-2288 ext. 1026 ceo@saratoganursingcenter.comAlicia

Olpaka- ███████████     phone # redacted

I have filed an earlier complaint with the U.S. Equal Employment Opportunity Commission, charge number 525-2019-00680, and New York state department of labor prior to my termination. EEOC Investigator Jeremy M. Boyd determined they were unable to conclude, or establish violations due to lack of information, and Selica Gant from the NYS department of labor claims they lack jurisdiction, which is odd due to labor law 740 band 741 violations.

Sincerely,

Stephanie, Gilmore R.N

*[signature]*

Before me, personally appeared *[handwritten]* and
Sworn to before me this 13th day
of _____ May _____, 20_19_

*[notary signature]*

Monica E. Lanzillo
Notary Public, State Of New York
Qualified In Rensselaer County
No. 01LA6167552
Commission Expires June 4, 20__23

ual Employment Opportunity Commission
Buffalo Local Office
lympic Towers, 300 Pearl Street, Suite 450
Buffalo, NY 14202

NY 140
18 APR '19
PM 1 1



**OFFICIAL BUSINESS**
PENALTY FOR PRIVATE USE, $300

Stephanie Gilmore
170A Vandenburgh Place
Troy, NY 12180

12180-604870

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Stephanie Gilmore<br>170A Vandenburgh Place<br>Albany, NY 12208 | From: | Buffalo Local Office<br>300 Pearl Street<br>Suite 450<br>Buffalo, NY 14202 |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 525-2019-00680 | Jeremy M. Boyd,<br>Investigator | (716) 431-5011 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]*

John E. Thompson,
**Local Office Director**

MAR 2 7 2019

*(Date Mailed)*

Enclosures(s)

cc:    **Danielle Zastawny**
**SARATOGA CENTER FOR REHAB & NURSING CARE**
**149 Ballston Avenue**
**Ballston Spa, NY 12020**